UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BECKY'S BRONCOS, LLC ; <br> JAMES BROAD; and <br> REBECCA MCCRENSKY, <br>     Plaintiffs, <br><br> VS. <br><br> TOWN OF NANTUCKET; and <br> NANTUCKET TOWN SELECT BOARD, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:24-cv-11308-AK <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendants, TOWN OF NANTUCKET and NANTUCKET TOWN SELECT BOARD, in the above-captioned matter.

> The Defendants,
> TOWN OF NANTUCKET; and
> NANTUCKET TOWN SELECT BOARD,
> By their Attorneys,
>
> **PIERCE DAVIS & PERRITANO LLP**
>
> */s/ Matthew J. Hamel*
>
> _____
> Jason W. Crotty, BBO #656313
> Matthew J. Hamel, BBO #706146
> 10 Post Office Square, Suite 1100N
> Boston, MA 02109
> (617) 350-0950
> jcrotty@piercedavis.com
> mhamel@piercedavis.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on May 28, 2024.

> */s/ Matthew J. Hamel*
>
> _____
> Matthew J. Hamel