UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BECKY'S BRONCOS, LLC; )<br>JAMES BROAD; and REBECCA MCCRENSKY; )<br>Plaintiffs )<br>v. )<br>TOWN OF NANTUCKET; and )<br>NANTUCKET TOWN SELECT BOARD; )<br>Defendants ) | C.A. No. 1:24-cv-11308-AK |

PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL
FROM DENIAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 62 and Federal Rule of Appellate Procedure 8(a)(1), plaintiffs Becky's Broncos, LLC, James Broad, and Rebecca McCrensky (Plaintiffs) respectfully move this Court to stay proceedings in this action – including any decision on the outstanding motion to dismiss (Doc. No. 12) of defendants Town of Nantucket and Nantucket Town Select Board (Defendants) – pending resolution of the appeal from this Court's denial of Plaintiffs' motion for preliminary injunction before the First Circuit. <u>Becky's Broncos, LLC v. Town of Nantucket</u>, No. 24-1649 (1st Cir. docketed July 15, 2024); (ECF No. 24). In short, it is in the interest of economy of time and effort for this court, counsel, litigants, and the public, that the Defendants' immunity from federal and state antitrust laws be resolved before any further work be done. (ECF No. 23, pp. 7-8). Grounds for this motion are as set forth in the accompanying supporting memorandum.

Respectfully submitted,<br>
Plaintiffs,<br>
By their attorney,

Date:  July 17, 2024                      */s/ Lucas Newbill*  
                                           Lucas Newbill, BBO No. 697176  
                                           Law Offices of Lucas Newbill  
                                           P.O. Box 1741  
                                           Brookline, Massachusetts 02446  
                                           Tel. 617-918-7567  
                                           Fax. 617-910-2514  
                                           lucas@lucasnewbill.com

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

     I hereby certify that a conference pursuant to LR 7.1 conference with counsel for Defendants, Matt Hamel, was held in good faith on July 17, 2024.  Counsel were unable to resolve the matters at issue here.

                                          */s/ Lucas Newbill*  
                                          Lucas Newbill, BBO No. 697176

CERTIFICATE OF SERVICE

     I hereby certify that this document was filed this day through the court's electronic-filing system (ECF) and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

Date: July 17, 2024                       */s/ Lucas Newbill*  
                                          Lucas Newbill, BBO No. 697176