# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BECKY'S BRONCOS, LLC, <br> JAMES BROAD and <br> REBECCA MCCRENSKY, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF NANTUCKET and <br> NANTUCKET TOWN SELECT BOARD, <br><br> Defendants. | Civil Action No. 24-CV-11308-AK |

## ORDER OF ADMINISTRATIVE STAY/CLOSING

**ANGEL KELLEY, D.J.**

It is hereby **ORDERED** that the above-entitled action is stayed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of the *Becky's Broncos, LLC, et al v. Town of Nantucket, et al* appeal, Case No. 24-1649 in the United States Court of Appeals for the First Circuit.

Dated: November 27, 2024

By the Court,

/s/ Miguel Lara
Deputy Clerk