UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BECKY'S BRONCOS, LLC;  )<br>Plaintiff  )<br>v.  )<br>TOWN OF NANTUCKET; and  )<br>NANTUCKET TOWN SELECT BOARD;  )<br>Defendants  ) | Civil Action No. 1:24-cv-11308-AK |

PLAINTIFF'S *ASSENTED-TO* MOTION
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS'
MOTION TO DISMISS
AND
MOTION TO STRIKE

The plaintiff, Becky's Broncos, LLC (Plaintiff), hereby respectfully moves this honorable Court pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7.1 to extend the time to file its oppositions to the motion to dismiss; (Doc. No. 43); and motion to strike; (Doc. No. 45); of the defendants, Town of Nantucket and Nantucket Town Select Board (Defendants).

**Plaintiffs respectfully request that such time be extended by 14 days, from August 14, to August 28, 2025.**  As grounds therefore, good cause exists because of the following.

1. Defendants assent to this motion;

2. Plaintiff's counsel is overburdened with deadlines between now and the date on which Plaintiff's oppositions are due.

3. On August 5, 2025, Plaintiff's counsel has an appellate brief due in an impounded matter before the Massachusetts Appeals Court.  Docket No. 2025-P-0694.

4. On August 7, 2025, Plaintiff's counsel has a trial scheduled in an impounded matter before the Juvenile Court. This may or may not go, but that will not likely be known until the morning of.

5. On August 11, 2025, Plaintiff's counsel has an appellate brief due in another impounded matter before the Massachusetts Appeals Court. Docket No. 2025-P-0710.

6. And on August 14, 2025, Plaintiff's counsel has a Rule 56 hearing in a heavily litigated matter before the Massachusetts Superior Court in Barnstable, Massachusetts. *Bennett v. Cavossa Disposal Corp.*, Docket No. 2572cv00229, Massachusetts Superior Court (Barnstable Cnty. filed May 30, 2025).

7. No party is prejudiced by this motion.

8. Plaintiff's counsel does *not* file abusive requests for extensions, and this one is no exception.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow this here motion.

Date: August 1, 2025

Respectfully submitted,
Plaintiff,
Through counsel,

/s/ Lucas Newbill
Lucas Newbill, BBO No. 697176
Law Offices of Lucas Newbill
30 Eastbrook Rd., Ste. 201
Dedham, MA 02026
Tel. 617-918-7567
Fax. 617-910-2514
lucas@lucasnewbill.com

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I hereby certify that a conference of this motion pursuant to LR 7.1 with counsel for Defendants was held in good faith on August 1, 2025. Counsel for Defendants indicated that Defendants assent to this motion.

                                          */s/ Lucas Newbill*
                                          Lucas Newbill, BBO No. 697176

CERTIFICATE OF SERVICE

      I hereby certify that this document was filed this date through the court's electronic-filing system (ECF) and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

Dated: <u>August 1, 2025</u>      */s/ Lucas Newbill*
                                          Lucas Newbill, BBO No. 697176