**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Becky's Broncos, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 24-CV-11308-AK |
| v. | ) | |
| | ) | |
| Town of Nantucket, et al, | ) | |
| | ) | |
| Defendant (s). | ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 51] entered on 3/27/2026 it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.


Dated: 3/27/2026                                               By the Court,

                                                              /s/ Courtney Horvath
                                                              Deputy Clerk